United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RAYMOND B. MCCOWAN,

Plaintiff,

v.

JOHN DOE,

Defendant.

Case No. 26-cv-00870-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Clerk's Notices to file a complaint and to either pay the full filing fee of $405 or file an application to proceed in forma pauperis (IFP). (Dkt. Nos. 3 and 4.)  Accordingly, this federal civil rights action is DISMISSED (without prejudice) under Federal Rule of Civil Procedure 41(b) for failure to prosecute.  Because this dismissal is without prejudice, plaintiff may move to reopen the action.  To reopen, plaintiff must file a motion with the words MOTION TO REOPEN written on the first page.  The motion must be accompanied by (1) a complaint on this Court's form, and (2) full payment for the $405 filing fee or a complete IFP application.  The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:**  March 24 , 2026

RICHARD SEEBORG
Chief United States District Judge